# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| JAMAHL M. MITCHELL | CIVIL ACTION |
|---|---|
| VERSUS | |
| | 21-4-SDD-SDJ |
| GREATER BATON ROUGE FOOD BANK, INC. | |

## **RULING**

Local Rule 7(f) of the Middle District of Louisiana requires that memoranda in opposition to a motion be filed within twenty-one (21) days after service of the motion.

In the present case, a *Rule 12(b)(6) Motion to Dismiss*[1] was electronically filed by the Defendant, Greater Baton Rouge Food Bank, Inc. ("Defendant"), on April 26, 2021. Plaintiff's opposition was due on May 17, 2021; however, Plaintiff moved for an extension of time to file an opposition to this motion, requesting an additional fourteen (14) days,[2] which the Court granted.[3] As a result, Plaintiff's opposition was due May 31, 2021. The record reflects that no memorandum in opposition has been submitted to date. Further, the record demonstrates that Plaintiff's counsel was aware of the motion since he requested an extension.

Therefore, this *Motion* is deemed to be unopposed, and further, after reviewing the record, the Court finds that the *Motion* has merit as a matter of law. Accordingly,

---

[1] Rec. Doc. No. 5.
[2] Rec. Doc. No. 9
[3] Rec. Doc. No. 10.
Document Number: 68074

1

**IT IS HEREBY ORDERED** that the *Rule 12(b)(6) Motion to Dismiss*[4] is GRANTED, and the claims brought against Defendant shall be dismissed WITH PREJUDICE.

Any response to this *Ruling* <u>explaining the failure to comply with the deadline</u>, based on the appropriate Federal Rule of Civil Procedure, shall be filed within fourteen (14) days <u>and</u> must be accompanied by an opposition memorandum to the original *Motion*.

*Judgment* shall be entered accordingly.

**IT IS SO ORDERED**.

Baton Rouge, Louisiana, this 25th day of June, 2021.

_____
**SHELLY D. DICK**
**CHIEF DISTRICT JUDGE**
**MIDDLE DISTRICT OF LOUISIANA**

---

[4] Rec. Doc. No. 5.
Document Number: 68074